IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETIQ, LLC, SERGEANT'S PET CARE PRODUCTS, LLC, and PETIQ, INC., | | **8:25CV588** |
| Plaintiffs, | | |
| v. | | **ORDER** |
| ELANCO ANIMAL HEALTH, INC., and ELANCO US, INC., | | |
| Defendants. | | |

This matter is before the Court on (1) defendants Elanco Animal Health, Inc. and Elanco US, Inc.'s (collectively, "Elanco") Motion to Dismiss Plaintiffs' Complaint as Compulsory Counterclaims or to Stay (Filing No. 36) and (2) the magistrate judge's[1] Memorandum and Order and Findings and Recommendation (Filing No. 57) recommending that Elanco's motion "be denied as moot upon the consolidation of" this case with Case No. 8:25CV514.

Those cases have since been consolidated. And having heard no objections, the Court finds no good reason to reject or modify the magistrate judge's recommendation. *See* 28 U.S.C. § 636(b)(1) (discussing the Court's review of a magistrate judge's findings and recommendation on a dispositive motion); Fed. R. Civ. P. 72(b) (same); *Peretz v. United States*, 501 U.S. 923, 939 (1991); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009) ("[T]he failure to file objections eliminates not only the need for de novo review, but *any* review by the district court.").

With that,

---

[1]The Honorable Michael D. Nelson, United States Magistrate Judge for the District of Nebraska.

IT IS ORDERED:

1. The magistrate judge's findings and recommendation (Filing No. 57) is accepted without change. Any objections are deemed waived.

2. Defendants Elanco Animal Health, Inc. and Elanco US, Inc.'s Motion to Dismiss Plaintiffs' Complaint as Compulsory Counterclaims or to Stay (Filing No. 36) is denied as moot.

Dated this 2nd day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge